Jonathon Michael CASTRO,
Plaintiff–Appellee,

v.

COUNTY OF LOS ANGELES; Los Angeles Sheriff's Department; Christopher Solomon; David Valentine, Sergeant, aka Valentine, Defendants–Appellants.

No. 12–56829.

United States Court of Appeals,
Ninth Circuit.

Filed Dec. 28, 2015.

John Burton, The Law Offices of John Burton, Pasadena, CA, Maria Cavalluzzi, Cavalluzzi and Cavalluzzi, West Hollywood, CA, M. Lawrence Lallande, Sr., Lallande Law PLC, Long Beach, CA, for Plaintiff–Appellee.

Melinda Cantrall, Thomas Hurrell, Hurrell Cantrall LLP, Los Angeles, CA, for Defendants–Appellants.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.